[No. 15557-5-II.   Division Two.   January 25, 1994.]

TERRY A. YORK, *Appellant*, v. THE CITY OF BREMERTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-00928-9, James D. Roper, J., entered November 26, 1991. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 16879-1-II.   Division Two.   January 25, 1994.]

*In the Matter of the Personal Restraint of*
MIGUEL J. MARTINEZ, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.

[No. 12242-5-III.   Division Three.   January 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. BILES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00382-6, Jerry M. Moberg, J., entered February 20, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schacht, J. Pro Tem.

[No. 32470-5-I.   Division One.   January 31, 1994.]

SEAN FARSTAD, ET AL, *Appellants*, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-02809-5, Marsha J. Pechman, J., entered June 16, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Pekelis, A.C.J., and Baker, J.